NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT W. MELCHIOR (SBN 027677)
BRYAN B. BARNHART (SBN 222693)
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, A.K.A. JOHN LONDON, DENNIS CRUZ, CHRIS TOWNSEND<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CBS RADIO INC.; CBS RADIO STATIONS INC.; PENN JILLETTE; DOES 3 - 10<br><br>　　　　Defendants. | Case No: C 06-3987 MHP<br><br>**STIPULATION AND REQUEST FOR DEADLINE EXTENSION TO MEDIATE BEFORE JUDGE LYNCH ON MARCH 23, 2007** |

1  The Parties in this litigation, through their respective counsel, hereby stipulate that, since
2  due to various scheduling problems they were unable to hold their mediation by January 31,
3  2007, they will mediate their dispute before the Honorable Eugene F. Lynch on March 23, 2007,
4  and request that the Court extend the deadline for mediation accordingly.

Dated: January 31, 2006        NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By:    /s/ Bryan Barnhart
       Bryan Barnhart
Attorneys for Plaintiffs
JOHN LONDON (AKA STAN LACKEY), DENNIS CRUZ, AND CHRIS TOWNSEND

Dated: January 31, 2006        CALDWELL, LESLIE, PROCTOR & PETTIT, PC

By:    /s/ Michael Roth
Attorneys for Defendants
CBS RADIO INC., CBS RADIO STATIONS INC., AND PENN JILLETTE

Upon consideration of the foregoing stipulation, IT IS SO ORDERED.

Dated:  2/2  , 2007        _____
                            UNITED STATES DISTRICT JUDGE