1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   KURT W. MELCHIOR (SBN 027677)
   kmelchior@nossaman.com
2  PATRICK J. RICHARD (SNB 131046)
   prichard@nossaman.com
3  BRYAN BARNHART (SBN 222693)
   bbarnhart@nossaman.com
4  50 California Street, 34th Floor
   San Francisco, California 94111-4799
5  Telephone: (415) 398-3600/Facsimile: (415) 398-2438

6  Attorneys for Plaintiffs
   STAN LACKEY, aka JOHN LONDON, JOHN
7  LONDON LTD, DENNIS CRUZ and CHRIS
   TOWNSEND

9  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL (SBN 106790)
10 caldwell@caldwell-leslie.com
   LINDA M. BURROW (SBN 149668)
11 burrow@caldwell-leslie.com
   MICHAEL D. ROTH (SBN 217464)
12 roth@caldwell-leslie.com
   1000 Wilshire Blvd., Suite 600
13 Los Angeles, CA  90017-2463
   Telephone: (213) 629-9040/Facsimile: (213) 629-9022

15 Attorneys for Defendants
   CBS RADIO INC.; CBS RADIO STATIONS, INC
   INC., and PENN JILLETTE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, A.K.A. JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND | Case No:  C 06-3987 MHP |
| | Hon. Marilyn H. Patel |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF CBS RADIO STATIONS INC., WITH PREJUDICE PURSUANT TO FRCP RULE 41;** |
| vs. | ~~[PROPOSED]~~ **ORDER** |
| CBS RADIO INC.; CBS RADIO STATIONS INC.; PENN JILLETTE; DOES 3 - 10 | |
| Defendants. | |

C 06-3987 MHP                                                    London  Stip for Dismissal of CBS.doc
**STIPULATION FOR DISMISSAL OF CBS RADIO STATIONS INC., WITH PREJUDICE PURSUANT TO FRCP RULE 41; [PROPOSED] ORDER**

Plaintiffs STAN LACKEY, a/k/a John London, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND and Defendant CBS RADIO STATIONS, INC., in the above-captioned matter, by and through their respective undersigned counsel, hereby stipulate to dismiss Defendant CBS RADIO STATIONS, INC., with prejudice, pursuant to FRCP 41.

DATED: August 15, 2007

CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017-2463
Phone: (213) 629-9040
Fax: (213629-9022

   /s/ Christopher G. Caldwell
By:_____
     Christopher G. Caldwell
     caldwell@caldwell-leslie.com

Attorneys for Defendants
CBS RADIO INC.; CBS RADIO
STATIONS INC.; PENN JILLETTE

DATED: August 15, 2007

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Phone: (415) 398-3600
Fax: (415) 398-2438

   /s/ Patrick J. Richard
By: _____
     Patrick J. Richard
     prichard@nossaman.com

Attorneys for Plaintiffs
STAN LACKEY, a.k.a. JOHN LONDON,
 DENNIS CRUZ, AND CHRIS TOWNSEND

* * * * *

**ORDER**

Pursuant to the stipulation of the parties,

**IT IS SO ORDERED** that Defendant CBS RADIO STATIONS, INC., is hereby dismissed with prejudice pursuant to FRCP 41, with each party to bear their own costs and attorneys' fees.

Dated: August  23 , 2007          By:_____
                                     UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

**FILER'S ATTESTATION**

PURSUANT TO GENERAL ORDER 45:

I, Patrick J. Richard, the ECF User transmitting and filing this Stipulation for Dismissal of CBS Radio Stations Inc., Pursuant to FRCP Rule 41, attest that I have obtained the concurrence of Christopher G. Caldwell, Esq., on this filing. I declare the foregoing under the penalty of perjury.

Dated: August 15, 2007

```
                        /s/ Patrick J. Richard
              By: _____
                        PATRICK J. RICHARD
```