1 | NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT W. MELCHIOR (SBN 27677)
2 | kmelchior@nossaman.com
PATRICK J. RICHARD (SBN 131046)
3 | prichard@nossaman.com
BRYAN B. BARNHART (SBN 222693)
4 | bbarnhart@nossaman.com
50 California Street, Thirty-Fourth Floor
5 | San Francisco, California 94111-4707
Telephone:  (415) 398-3600
6 | Facsimile:  (415) 398-2438

**ORIGINAL**

7

Attorneys for Plaintiffs
8 | STAN LACKEY, aka JOHN LONDON, JOHN
LONDON LTD, DENNIS CRUZ and CHRIS
9 | TOWNSEND

10

11

12

13 | UNITED STATES DISTRICT COURT

14 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | | Case No:     C 06-3987 MHP

17 | STAN LACKEY, A.K.A. JOHN LONDON, | [~~PROPOSED~~] ORDER ALLOWING
JOHN LONDON, LTD., DENNIS CRUZ, CHRIS | **DECLARATION TO BE FILED UNDER
18 | TOWNSEND, | SEAL AND ~~ALLOWING HEARING TO BE
HELD IN CAMERA~~**

19 | Plaintiffs,

ASSIGNED FOR ALL PURPOSES TO:
HON. MARILYN HALL PATEL
20 | vs.

Date:
21 | | Time:
CBS RADIO INC.; CBS RADIO STATIONS | Dept.:
22 | INC.; PENN JILLETTE; DOES 3 – 10,

Accompanying Documents:  Motion & Notice;
23 | Defendants. | Memorandum of Points and Authorities;
Declaration of Kurt W. Melchior; [Proposed]
24 | | Order; Administrative Motion to file Document
Under Seal; Declaration of Kurt W. Melchior in
25 | | Support of Administrative Motion to File
Document Under Seal; [Proposed] Order;
26 | | Motion for Order Shortening Time; [Proposed]
Order Shortening Time
27

28

CASE NO. C 06-3987 MHP                                                                        226898_1.DOC
[PROPOSED] ORDER ALLOWING DECLARATION TO BE FILED UNDER SEAL AND ALLOWING HEARING TO
BE HELD IN CAMERA

1  Pursuant to the application of counsel for plaintiffs, and good cause appearing therefore,

2  IT IS ORDERED:

3  1.      That the Declaration of Kurt W. Melchior supporting the subject motion be filed under

4  seal and that no copy thereof be served on counsel for defendants.

5  ~~2.      That the hearing on the Motion for Leave to Withdraw be held *in camera*, pursuant to the~~

6  ~~authority cited in the moving papers submitted by counsel for plaintiffs.~~

7

8  Dated: _____6/19/08_____         _____

9                                            MARILYN HALL PATEL
                                             UNITED STATED DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C 06-3987 MHP                            1                            226898_1.DOC
[PROPOSED] ORDER ALLOWING DECLARATION TO BE FILED UNDER SEAL AND ALLOWING HEARING TO BE HELD IN CAMERA