CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
caldwell@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
burrow@caldwell-leslie.com
MICHAEL D. ROTH, SBN 217464
roth@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
(213) 629-9040
(213) 629-9022 fax

Attorneys for Defendants
CBS RADIO INC., CBS RADIO
STATIONS INC. AND and PENN
JILLETTE

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT W. MELCHIOR, SBN 027677
kmelchior@nossman.com
PATRICK J. RICHARD, SBN 131046
prichard@nossman.com
BRYAN B. BARNHART, SBN 222693
bbarnhart@nossman.com
50 California Street, 34th Floor
San Francisco, California 94111-4799
(415) 398-3600
(415) 398-2438 fax

Attorneys for Plaintiffs
STAN LACKEY, aka. JOHN LONDON,
JOHN LONDON LTD., DENNIS CRUZ and
CHRIS TOWNSEND

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, A.K.A. JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>CBS RADIO INC., et al.<br><br>Defendants. | Case No. C 06-03987 MHP<br><br>**STIPULATION TO DISMISS CLAIMS OF PLAINTIFF CHRIS TOWNSEND ONLY WITH PREJUDICE;** [PROPOSED] **ORDER**<br><br>[F.R.C.P. 41(a)(1)] |

CALDWELL
LESLIE
& PROCTOR

1   Plaintiffs Stan Lackey, aka John London ("London"), John London, Ltd.
2   ("London Ltd."), Dennis Cruz ("Cruz") and Christopher Townsend ("Townsend")
3   (collectively, Plaintiffs) on the one hand, and Defendants CBS Radio Inc., CBS
4   Radio Stations Inc. and Penn Jillette (collectively, "Defendants") (Plaintiffs and
5   Defendants are collectively the "Parties"), on the other hand, hereby stipulate and
6   agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Townsend will dismiss with
7   prejudice all claims by him against each and every Defendant in the above-entitled
8   action (the "Action").
9   Townsend and Defendants further agree that they shall bear their own costs
10  and legal fees in connection with the claims asserted by Townsend in the Action.
11  ///
12  ///
13  ///

CALDWELL
LESLIE,
& PROCTOR

-1-

The Parties further agree that this stipulation shall not have any effect on the claims asserted by London, London, Ltd. or Cruz against Defendants or Defendants' defenses to those claims.

DATED: June 30, 2008          CALDWELL LESLIE & PROCTOR, PC

By /s/ Linda M. Burrow
LINDA M. BURROW
Attorneys for Defendants
CBS RADIO INC., CBS RADIO STATIONS INC., and PENN JILLETTE.

DATED: June 16, 2008          NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By /s/ Kurt W. Melchior
KURT W. MELCHIOR
Attorneys for Plaintiffs
STAN LACKEY, aka JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ and CHRIS TOWNSEND

IT IS SO ORDERED.

Dated: July 3, 2008

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On July 1, 2008, I served the within document(s) described below as:

**STIPULATION TO DISMISS CLAIMS OF PLAINTIFF CHRIS TOWNSEND ONLY WITH PREJUDICE; [PROPOSED] ORDER**

(X) **BY MAIL:** By placing a true copy thereof in sealed envelopes and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( ) **BY FAX:** By transmitting a true copy thereof via facsimile machine to the offices or the parties listed on the attached Service List. I caused the copy to be transmitted from the facsimile number of Caldwell Leslie & Proctor, (213) 629-9022 or (213) 629-5584. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

(X) **BY ELECTRONIC MAIL** By transmitting true copies of the above listed document(s) to the electronic mail addresses of the parties listed below.

( ) **BY PERSONAL DELIVERY:** by causing personal delivery by **ONE LEGAL** of the document listed above to the person(s) at the address set forth below.

Kurt W. Melchior
KMelchior@Nossaman.com
Nossaman, Guthner, Knox & Elliott, LLP
50 California Street
Thirty-fourth Floor
San Francisco, California 94111-4799

Stephen M. Bickford
Bryan B. Barnhart
BBarnhart@Nossaman.com
**Nossaman, Guthner, Knox & Elliott LLP**
50 California Street, 34th Floor
San Francisco, CA 94111-4799

(X) **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on July 1, 2008 at Los Angeles, California.

/S/
**MIRELA POPESCU**

-1-

\POS. Mail & Email. MP2

CALDWELL LESLIE & PROCTOR