NOSSAMAN LLP
KURT W. MELCHIOR (SBN 27677)
kmelchior@nossaman.com
PATRICK J. RICHARD (SBN 131046)
prichard@nossaman.com
BRYAN B. BARNHART (SBN 222693)
bbarnhart@nossaman.com
50 California Street, Thirty-Fourth Floor
San Francisco, California 94111-4707
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Plaintiffs
STAN LACKEY, aka JOHN LONDON, JOHN LONDON LTD, DENNIS CRUZ and CHRIS TOWNSEND

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
caldwell@caldwell-leslie.com
LINDA M. BURROW, SB N 194668
burrow@caldwell-leslie.com
MICHAEL D. ROTH, SBN 217464
roth@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017-2463
(213) 629-9040
(213) 629-9022 fax

Attorneys for Defendants
CBS RADIO INC., CBS RADIO STATIONS INC. AND PENN JILLETTE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, A.K.A. JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO INC.; CBS RADIO STATIONS INC.; PENN JILLETTE; DOES 3 – 10,<br><br>Defendants. | Case No:   C 06-3987 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER ORDERING PRODUCTION OF REDACTED STOCK PURCHASE AGREEMENT FOR JOHN LONDON, LTD.**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>HON. MARILYN HALL PATEL |

Plaintiff Stan Lackey (a.k.a. John London) ("Lackey") and Defendant CBS Radio Inc. ("CBS Radio") (collectively, "Parties"), by and through their respective counsel, hereby request that the Court enter an Order approving the Stipulation set forth herein.

WHEREAS, Lackey has informed CBS Radio that he has sold all of his stock in John London, Ltd. (the "Corporation") pursuant to a Stock Purchase Agreement (the "Agreement");

WHEREAS, Lackey has informed CBS Radio that the Agreement contains a Confidentiality provision that prohibits disclosure of the Agreement to third parties without a Court order;

WHEREAS, the Parties have reached an agreement concerning the Agreement, whereby:

1. Lackey has agreed to produce to CBS Radio -- without making any admission or concession regarding whether such Agreement is discoverable in this action, or whether Lackey is under any legal or other obligation to make such production -- a redacted copy of the Agreement that omits the identity of the Corporation's buyer; and

2. Lackey agrees that CBS Radio shall have the right -- after review of the redacted Agreement and after consultation with Lackey's counsel -- to appeal to the Court for disclosure of the redacted information; and

WHEREAS, Lackey has informed CBS Radio that he has complied with his obligation to notify the buyer of Lackey's intent to produce the Agreement subject to this Stipulation, and the buyer has not objected to such production.

NOW THEREFORE THE PARTIES HEREBY ASK THE COURT FOR AN ORDER ordering that:

1. Lackey shall produce to CBS Radio a redacted copy of the Agreement that omits the identity of the Corporation's buyer;

2. Lackey's production of the redacted Agreement shall not constitute any admission or concession that such Agreement is discoverable in this action, or that Lackey is under any legal or other obligation to make such production;

3. CBS Radio shall have the right -- after review of the redacted Agreement and after consultation with Lackey's counsel – to appeal to the Court for disclosure of all information that is redacted from the Agreement pursuant to this Order; and

4. Except as expressly stated herein, nothing in this Stipulation shall be construed as a waiver of any Party's right to compel production of any document or of any objection any Party might have to such production.

Respectfully submitted,

Dated: August 1, 2008          NOSSAMAN LLP


                               By: /S/ BRYAN B. BARNHART
                               _____
                               BRYAN B. BARNHART
                               Attorneys for Plaintiffs
                               STAN LACKEY, aka JOHN LONDON, JOHN
                               LONDON LTD, DENNIS CRUZ and CHRIS
                               TOWNSEND


Dated: August __,2008          CALDWELL LESLIE & PROCTOR, PC




                               By: _____
                               LINDA M. BURROW
                               Attorneys for Defendants
                               CBS RADIO INC., CBS RADIO STATIONS INC., and
                               PENN JILLETTE


IT IS SO ORDERED.

Dated: August 4, 2008

                               _____
                               HON. MARILYN H. PATEL
                               UNITED STATES DISTRICT COURT JUDGE

*[Stamp: IT IS SO ORDERED, Judge Marilyn H. Patel, United States District Court, Northern District of California]*

3. CBS Radio shall have the right -- after review of the redacted Agreement and after consultation with Lackey's counsel -- to appeal to the Court for disclosure of all information that is redacted from the Agreement pursuant to this Order; and

4. Except as expressly stated herein, nothing in this Stipulation shall be construed as a waiver of any Party's right to compel production of any document or of any objection any Party might have to such production.

Respectfully submitted,

Dated: August __, 2008        NOSSAMAN LLP


By: _____
BRYAN B. BARNHART
Attorneys for Plaintiffs
STAN LACKEY, aka JOHN LONDON, JOHN LONDON LTD, DENNIS CRUZ and CHRIS TOWNSEND

Dated: August 1, 2008        CALDWELL LESLIE & PROCTOR, PC


By: /s/ Linda M. Burrow
LINDA M. BURROW
Attorneys for Defendants
CBS RADIO INC., CBS RADIO STATIONS INC., and PENN JILLETTE

IT IS SO ORDERED.

Dated: _____


_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

3.  CBS Radio shall have the right -- after review of the redacted Agreement and after consultation with Lackey's counsel – to appeal to the Court for disclosure of all information that is redacted from the Agreement pursuant to this Order; and

4.  Except as expressly stated herein, nothing in this Stipulation shall be construed as a waiver of any Party's right to compel production of any document or of any objection any Party might have to such production.

Respectfully submitted,

Dated: August __, 2008                     NOSSAMAN LLP


By: _____
    BRYAN B. BARNHART
Attorneys for Plaintiffs
STAN LACKEY, aka JOHN LONDON, JOHN LONDON LTD, DENNIS CRUZ and CHRIS TOWNSEND


Dated: August __, 2008                     CALDWELL LESLIE & PROCTOR, PC


By: _____
    LINDA M. BURROW
Attorneys for Defendants
CBS RADIO INC., CBS RADIO STATIONS INC., and PENN JILLETTE

IT IS SO ORDERED.

Dated: _____

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE