1  NOSSAMAN LLP
   KURT W. MELCHIOR (SBN 27677)
2  kmelchior@nossaman.com
   PATRICK J. RICHARD (SBN 131046)
3  prichard@nossaman.com
   BRYAN B. BARNHART (SBN 222693)
4  bbarnhart@nossaman.com
   50 California Street, Thirty-Fourth Floor
5  San Francisco, California 94111-4707
   Telephone:  (415) 398-3600
6  Facsimile:  (415) 398-2438

7
   Attorneys for Plaintiffs
8  STAN LACKEY, aka JOHN LONDON, JOHN
   LONDON LTD, DENNIS CRUZ and CHRIS
9  TOWNSEND

FILED

AUG 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, A.K.A. JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO INC.; CBS RADIO STATIONS INC.; PENN JILLETTE; DOES 3 – 10,<br><br>Defendants. | Case No:   C 06-3987 MHP<br><br>[PROPOSED] ORDER, AND ORDER TO SHOW CAUSE<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>HON. MARILYN HALL PATEL<br><br>Next Hearing Date:   August 25, 2008<br>Time:                        2:00 p.m.<br>Courtroom 15, 18th Floor |

CASE NO. C 06-3987 MHP                                                                                                    228464_1.DOC
[PROPOSED] ORDER, AND ORDER TO SHOW CAUSE

This matter came on for hearing on August 4, 2008, on plaintiffs' counsel's motion to be relieved as attorneys of record and on plaintiffs' motion for continuance of the trial date.

Kurt W. Melchior was present on behalf of plaintiffs with respect to the motion for continuance of the trial date and on behalf of plaintiffs' attorneys on the motion to be relieved as counsel.

Linda M. Burrow was present on behalf of defendants.

Plaintiff Stan Lackey (aka John London) ("London") was not present, nor was any representative of plaintiff John London, Ltd., other than its counsel of record.

After hearing from counsel, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

1. The present trial date and all pre-trial calendar dates, including but not limited to the expert disclosure dates set forth in the Court's March 17, 2008 order, as modified by the parties' stipulation, are vacated.

2. Except as stated in paragraph one of this Order, the motions to continue the trial date and of plaintiffs' counsel to be relieved as counsel for plaintiffs are continued to August 25, 2008 at 2:00 p.m. in this Court.

3. London is hereby Ordered to appear in person, on his own behalf and on behalf of John London, Ltd., preferably also with new counsel prepared to prosecute this case on behalf of both plaintiffs, before this Court at 2:00 p.m. on August 25, 2008, in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, California. London and John London, Ltd. are each hereby Ordered to Show Cause at the continued hearing on August 25, 2008, why this action should not be dismissed for failure of prosecution.

4. No discovery of any kind is to take place until the foregoing matters are resolved.

IT IS SO ORDERED:

Dated: August 7, 2008

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

///
///
///

1. APPROVED AS TO FORM:

2. Dated: August _6_, 2008

3. NOSSAMAN LLP

By: _____/s/ Kurt W. Melchior_____
Kurt W. Melchior

Dated: August ___, 2008

CALDWELL LESLIE & PROCTOR, PC


By: _____
Linda M. Burrow

CASE NO. C 06-3987 MHP    -2-    228464_1.DOC
[PROPOSED] ORDER, AND ORDER TO SHOW CAUSE

Case 3:06-cv-03987-MHP   Document 161   Filed 08/06/2008   Page 4 of 4

1  APPROVED AS TO FORM:

2  Dated: August ___, 2008

3  NOSSAMAN LLP

4

5

6  _____

7  By:   Kurt W. Melchior

8  Dated: August 5, 2008

9  CALDWELL LESLIE & PROCTOR, PC

10

11

12  _____

13  By:   Linda M. Burrow