CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
caldwell@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
burrow@caldwell-leslie.com
MICHAEL D. ROTH, SBN 217464
roth@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
(213) 629-9040
(213) 629-9022 fax

Attorneys for Defendant
CBS RADIO INC.

FREEDMAN & TAITELMAN, LLP
BRYAN J. FREEDMAN, SBN 151990
bfreedman@ftllp.com
MICHAEL A. TAITELMAN, SBN 156254
mtaitelman@ftllp.com
1901 Avenue of the Stars, Suite 600
Los Angeles, California 90067-6001
(310) 201-0005
(310) 201-0045 fax

Attorneys for Plaintiffs
STAN LACKEY, aka. JOHN LONDON, and
JOHN LONDON LTD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, aka. JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>CBS RADIO INC., et al.<br><br>Defendants. | Case No. C 06-03987 MHP<br><br>**STIPULATION TO SET TRIAL DATE ON APRIL 14, 2009; [PROPOSED] ORDER** |

CALDWELL
LESLIE,
& PROCTOR

WHEREAS, on August 25, 2008, the Court held a hearing in which it granted the motion filed by Nossaman LLP to be relieved as counsel for Plaintiffs Stan Lackey, aka John London and John London, Ltd. (collectively, "Plaintiffs");

WHEREAS, Plaintiffs are now represented by Bryan J. Freedman and Michael A. Taitelman of the law firm of Freedman & Taitelman, LLP, while Defendants continue to be represented by Christopher G. Caldwell and Linda M. Burrow of the law firm of Caldwell Leslie & Proctor, PC;

WHEREAS, at the August 25, 2008 hearing, the Court set a trial date of January 20, 2008, with all remaining pre-trial dates to be set at a further status conference to be held on October 6, 2008 at 3:00 pm, and ordered the parties to file a joint status report on or before September 29, 2008;

WHEREAS, the information available to Ms. Burrow at the August 25, 2008 hearing did not reflect the fact that Mr. Caldwell would be on his honeymoon in South Africa from January 5 through January 19, 2009, returning only the day before the current January 20, 2009 trial date;

WHEREAS, as discussed at the August 25, 2008 hearing, counsel for Defendant CBS Radio Inc. has another trial beginning on January 26, 2009 in Los Angeles Superior Court;

WHEREAS, Plaintiffs' counsel is not available at any later date in January and, as Mr. Taitelman informed the Court at the August 25, 2008 hearing, is not available for trial in February or March 2008;

WHEREAS, after further consideration, the parties have agreed to extend the trial date to April 14, 2009, which is the earliest date available for all counsel; and

WHEREAS, the parties agree that all further dates should be set at the previously-scheduled October 6, 2008 status conference;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. Trial in this matter shall be set for April 14, 2009 at 8:30 am.
2. A further status conference in this matter shall be set for October 6, 2008 at 3:00 pm, as previously ordered;
3. The parties shall file a joint status report no later than September 29, 2008, as previously ordered.

DATED: September 16, 2008            CALDWELL LESLIE & PROCTOR, PC

By /s/ Linda M. Burrow
LINDA M. BURROW
Attorneys for Defendants
CBS RADIO INC.

DATED: September 16, 2008            FREEDMAN & TAITELMAN, LLP

By /s/ Bryan J. Freedman
BRYAN J. FREEDMAN
Attorneys for Plaintiffs
STAN LACKEY, aka JOHN LONDON, and JOHN LONDON, LTD.

IT IS SO ORDERED.

Dated: 9/17/2008

HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel*

CALDWELL
LESLIE,
& PROCTOR