1  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL, SBN 106790
2  caldwell@caldwell-leslie.com
   LINDA M. BURROW, SBN 194668
3  burrow@caldwell-leslie.com
   MICHAEL D. ROTH, SBN 217464
4  roth@caldwell-leslie.com
   1000 Wilshire Blvd., Suite 600
5  Los Angeles, California 90017-2463
   (213) 629-9040
6  (213) 629-9022 fax

7  Attorneys for Defendant
   CBS RADIO INC.
8

9  FREEDMAN & TAITELMAN, LLP
   BRYAN J. FREEDMAN, SBN 151990
10 bfreedman@ftllp.com
   MICHAEL A. TAITELMAN, SBN 156254
11 mtaitelman@ftllp.com
   1901 Avenue of the Stars, Suite 600
12 Los Angeles, California 90067-6001
   (310) 201-0005
13 (310) 201-0045 fax

14 Attorneys for Plaintiffs
   STAN LACKEY, aka. JOHN LONDON, and
15 JOHN LONDON LTD

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, aka. JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>CBS RADIO INC., et al.<br><br>Defendants. | Case No. C 06-03987 MHP<br><br>**STIPULATION TO EXTEND DEADLINES; [PROPOSED] ORDER** |

CALDWELL
LESLIE &
PROCTOR

1  WHEREAS, the Court in the within matter entered a Joint Status Report on
2  September 29, 2008, setting forth certain deadlines concerning the deadline for the
3  deposition of John London and expert discovery; and
4  WHEREAS, the parties have agreed to further mediate their dispute before
5  Hon. Eugene F. Lynch (ret.) and therefore wish to continue the deadline for the
6  deposition of John London and expert discovery dates previously agreed upon to
7  allow for these settlement discussions to go forward;

9  NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE
10  to extend the following dates currently set forth in the Joint Status Report as
11  follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| Last day to complete the continued deposition of John London | November 21, 2008 | January 21, 2009 |
| Last day for rebuttal expert disclosures, including final reports | December 5, 2008 | January 28, 2009 |
| Expert discovery cut-off | January 16, 2009 | February 27, 2009 |
| Expert discovery motion cut-off | January 23, 2009 | March 2, 2009 |
| Last day for hearing on *Daubert* motions | February 23, 2009 | March 23, 2009 |

CALDWELL
LESLIE &
PROCTOR

-1-

| Pretrial conference | March 30, 2009 | March 30, 2009 |
|---|---|---|
| Trial | April 14, 2009 | April 14, 2009 |

DATED: December 18, 2008         CALDWELL LESLIE & PROCTOR, PC


By _____/s/_____
   LINDA M. BURROW
Attorneys for Defendants
CBS RADIO INC.


DATED: December __, 2008         FREEDMAN & TAITELMAN, LLP



By _____
   BRYAN J. FREEDMAN
Attorneys for Plaintiffs
STAN LACKEY, aka JOHN LONDON,
and JOHN LONDON, LTD.


IT IS SO ORDERED.

Dated: 12/22/2008

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED* — Judge Marilyn H. Patel — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

-2-

| Pretrial conference | March 30, 2009 | March 30, 2009 |
|---|---|---|
| Trial | April 14, 2009 | April 14, 2009 |

DATED: December __, 2008          CALDWELL LESLIE & PROCTOR, PC


By _____
       LINDA M. BURROW
Attorneys for Defendants
CBS RADIO INC.


DATED: December 17th, 2008        FREEDMAN & TAITELMAN, LLP


By _____
       BRYAN J. FREEDMAN
Attorneys for Plaintiffs
STAN LACKEY, aka JOHN LONDON,
and JOHN LONDON, LTD.


IT IS SO ORDERED.

Dated: _____            _____
                                  HON. MARILYN HALL PATEL
                                  UNITED STATES DISTRICT COURT JUDGE

CALDWELL
LESLIE &
PROCTOR

-2-