CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
caldwell@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
burrow@caldwell-leslie.com
MICHAEL D. ROTH, SBN 217464
roth@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
(213) 629-9040
(213) 629-9022 fax

Attorneys for Defendants
CBS RADIO INC., CBS RADIO
STATIONS INC. and PENN JILLETTE

FREEDMAN & TAITELMAN, LLP
BRYAN J. FREEDMAN, SBN 151990
bfreedman@ftllp.com
DAVID MARMORSTEIN, SBN 192993
dmarm@ftllp.com
1901 Avenue of the Stars
Suite 600
Los Angeles, California 90067
(310) 201-0005
(310) 201-0045 fax

Attorneys for Plaintiffs
STAN LACKEY, aka. JOHN LONDON and
JOHN LONDON LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, A.K.A. JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>CBS RADIO INC., et al.<br><br>Defendants. | Case No. C 06-03987 MHP<br><br>**STIPULATION TO DISMISS CLAIMS OF PLAINTIFFS STAN LACKEY AKA JOHN LONDON AND JOHN LONDON LTD. WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)] |

CALDWELL
LESLIE,
& PROCTOR

Plaintiffs Stan Lackey, aka John London ("London"), and John London, Ltd. ("London Ltd.") (collectively, Plaintiffs) on the one hand, and Defendants CBS Radio Inc., CBS Radio Stations Inc. and Penn Jillette (collectively, "Defendants") (Plaintiffs and Defendants are collectively the "Parties"), on the other hand, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs will dismiss with prejudice all claims by them against each and every Defendant in the above-entitled action (the "Action").

Plaintiffs and Defendants further agree that they shall each bear their own costs and legal fees in connection with the claims asserted by Plaintiffs in the Action.

DATED: September 8, 2009     CALDWELL LESLIE & PROCTOR, PC

By _____
LINDA M. BURROW
Attorneys for Defendants
CBS RADIO INC., CBS RADIO STATIONS INC., and PENN JILLETTE

DATED: September 3, 2009     FREEDMAN & TAITELMAN

By _____
DAVID MARMORSTEIN
Attorneys for Plaintiffs
STAN LACKEY, aka JOHN LONDON and JOHN LONDON, LTD

CALDWELL LESLIE & PROCTOR

-1-

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LACKEY, AKA JOHN LONDON, JOHN LONDON, LTD., DENNIS CRUZ, CHRIS TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>CBS RADIO INC., et al.<br><br>Defendants. | Case No. C 06-03987 MHP<br><br>**JUDGE MARILYN H. PATEL**<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered the Stipulation of the attorneys for the parties agreeing to dismiss this case with prejudice, orders as follows:

/ / /

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action shall be dismissed with prejudice.

C 06-03987 MHP

1  IT IS SO ORDERED.  **Action dismissed with prejudice.**

Dated: 9/11/2009

_____
The Honorable

